IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RADFORD MABERY,[1] | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-22-01068-JD |
| SGT FNU HAMMON, individually and official capacity, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Pursuant to the Court's Order [Doc. No. 15] entered on May 3, 2023, Plaintiff was ordered to pay the full $402.00 filing fee or comply with Judge Purcell's prior orders to cure deficiencies no later than May 19, 2023, or this matter would be dismissed without prejudice without further notice from the Court. To date, Plaintiff has not paid the filing fee or complied with Judge Purcell's prior orders. Therefore, and consistent with the Court's Order [Doc. No. 15], this Court ADOPTS the Report and Recommendation [Doc. No. 9] and DISMISSES this action without prejudice.

IT IS SO ORDERED this 26th day of May 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is Radford Maybery, Oklahoma Department of Corrections Inmate #422003. The filings in this case indicate Radford Mabery.